**No. 42319.**—Protests 645318–G, etc., of B. Chesman & Son, Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese the same as that passed upon in Abstract 41794. The protests were therefore sustained.

**No. 42320.**—Protests 621124–G, etc., of John A. Alban & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

**No. 42321.**—Protests 657002–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 39667 and 41794 the protests were sustained.

BEFORE THE SECOND DIVISION, OCTOBER 9, 1939

**No. 42322.**—Protests 836198–G, etc., of American Import Co. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of Abstract 40644 the claim at 30 percent under paragraph 1413 was sustained.

**No. 42323.**—Protests 561092–G, etc., of W. X. Huber et al. (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of *Ramallah* v. *United States* (T. D. 47681) the tapestries in question were held dutiable at 40 percent under paragraph 923 as claimed.